**96–2443. State ex rel. Hamilton v. Fifth Dist. Court of Appeals.**
In Mandamus. On February 26, 1997, relator filed a document titled "Motion for Declaratory Judgment for 'Writ of Mandamus'." It appears to the court that relator's motion is, in substance, a request for reconsideration of this court's entry of January 15, 1997, and, as such, is untimely

pursuant to S.Ct.Prac.R. XI(2)(A). Whereas S.Ct.Prac.R. XI(2)(C) prohibits the filing of an untimely motion for reconsideration,

IT IS ORDERED by the court, *sua sponte*, that appellant's motion be, and hereby is, stricken.